■ The People of the State of New York, Respondent, v Timothy L. Taylor, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 7, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.

■ The People of the State of New York, Respondent, v Colin P. Ferrell, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered January 7, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.